PARKA CORPORATION, Respondent, *v.* MICHAEL F. DRINKHOUSE, Appellant.

Submitted October 5, 1953; decided October 23, 1953.

*Sidney M. Wittner* for motion.

*Richard H. Tunstead* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.